PORTIS, *et al.*, *v.* GREEN.

ILLEGAL CONSIDERATION. The fact that the consideration for a promissory note sued on was a horse, which the payee, who sues, *knew* was to be *used* in the service of the *Confederacy*, is a *good defense* to the note.

*Appeal from Jefferson Circuit Court.*

Hon. WILLIAM M. HARRISON, Circuit Judge.

BELL & CARLETON, for appellants.

RICE, BENJAMIN & RATCLIFFE and BLACK, for appellee.

BOWEN, J.

This is an action upon a promissory note, executed by appellants to appellee.

Defendants in the circuit court plead that the note was given for a horse, and that the appellee, Green, knew that the same was to be used in the service of the Confederate States, against the Government of the United States. A demurrer to this plea having been sustained, to which ruling the defendants excepted and declined to plead over, the court rendered judgment for the amount of the note, with interest and costs. Defendants appealed.

The case of *Tatum v. Kelly*, decided by this court at its last term, settled the only point in this case. Defendant's plea was a sufficient defense, and the demurrer thereto should have been overruled. See authorities cited in the case of *Kelly v. Tatum.*

Judgment reversed.

Judge HARRISON being disqualified, did not sit in this case.

Hon. JOHN WHYTOCK, Special Supreme Judge.